IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDRE McDANIEL                                                                                                        PLAINTIFF
ADC #111275

V.                                          NO. 4:05CV00792 GH

ZARAGZA, et al                                                                                                      DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 23rd day of August, 2005.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE